UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DIANA CAROLINA MAZZEI
MACIAS,

    Petitioner,

v.

LUIS SOTO, *et al.*,

    Respondents.

HON. ESTHER SALAS, U.S.D.J.

*Civil Action No. 26-8589 (ES)*

## NOTICE OF STIPULATION OF DISMISSAL

Respondents Luis Soto, Todd Lyons, John Tsoukaris, Markwayne Mullin, and Todd Blanche, and Petitioner Diana Carolina Mazzei Macias, (collectively "the Parties") by and through undersigned Counsel hereby stipulate to dismissal of this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Therefore, the Parties respectfully submit that this Court's Order to Answer, ECF No. 6, directing Respondents to file an answer to the instant habeas petition, ECF No. 1, and subsequent Text Order, ECF No. 9, directing Respondents to address Petitioner's Letter at ECF No. 8, are moot.

Date: August 3, 2026

Per the parties' stipulation, (D.E. No. 12), the Petition is hereby dismissed without prejudice. The Court LIFTS its Orders, (D.E. Nos. 2 & 6), prohibiting Petitioner's transfer from the District of New Jersey and Petitioner's transfer from the United States pending further order of this Court. The Court's directives requiring Respondents to submit certain filings, (D.E. Nos. 6 & 9) are likely VACATED. The Clerk of the Court shall CLOSE this case.

**SO ORDERED**

s/ Esther Salas
Hon. Esther Salas, U.S.D.J.
Date: August 4, 2026

Respectfully Submitted,

ROBERT FRAZER
United States Attorney

By: /s _____
JACOB E. HERIC
Special Assistant U.S. Attorney
*Attorneys for Respondents*

DIANA CAROLINA MAZZEI MACIAS
Petitioner

By: /s _____
Noemi C. Simbron
Law Offices of Noemi C. Simbron
*Attorneys for Petitioner*